Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
        jchong@spencerfane.com

*Attorneys for Defendant USAA
Casualty Insurance Company and
USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **CHANEICE ROBY,** an individual; **JONATHON ROBY**, an individual, Plaintiffs, v. **USAA CASUALTY INSURANCE COMPANY**, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, Defendants. | Case No. 2:25-cv-00018-GMN-EJY **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant, USAA Casualty Insurance Company ("Defendant") and USAA General Indemnity Company by and through their counsel Spencer Fane LLP, and Plaintiffs, Chaneice Roby and Jonathon Roby ("Plaintiffs"), by and through their counsel, The Powell Law Firm, hereby stipulate and agree to dismiss Plaintiffs' Complaint with prejudice. Each party will bear its own fees and costs.

/ / /

/ / /

Dated this 14th day of February, 2025.

THE POWELL LAW FIRM

/s/ *Jonathan Roberts*
Paul D. Powell, Esq.
Nevada Bar No. 7488
Jonathan C. Roberts, Esq.
Nevada Bar No. 13573
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

Dated this 17th day of February, 2025.

SPENCER FANE LLP

/s/ *Mary E. Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
NV Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant*
USAA Casualty Insurance Company and
USAA General Indemnity Company

**ORDER**

IT IS SO ORDERED.

Dated this __17__ day of March, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT